UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
HECTOR MUNOZ ZULETA,

                Plaintiff,

    - against -

J. KROM, DEPUTY SUPERINTENDENT OF
ADMINISTRATION; P. PAGE-CANNONIER,
ACTING NURSE ADMIN; DR. M. GUSMAN; as
employees of the Department of Corrections and
Community Supervision in their individual and
Official Capacities,

                Defendants.
----------------------------------------------------------- X

**ORDER TO PRODUCE**

7: 24-CV-2363 (KMK)

Karas, J.

    The Court hereby directs Woodbourne Correctional Facility to produce inmate Hector Munoz Zuleta [DIN: 20-A-1259] via telephone for a Conference before the Court on **Monday, October 27, 2025 at 10:30 a.m.** The call-in number is **(605) 472-5160**, and the access code is **4653066#**.

**SO ORDERED.**

Dated:   October 23, 2025
            White Plains, New York

                                                                     Kenneth M. Karas, U.S.D.J.