UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

HECTOR MUNOZ ZULETA,

                    Plaintiff,

    - against -

J. KROM, DEPUTY SUPERINTENDENT OF
ADMINISTRATION; P. PAGE-CANNONIER,
ACTING NURSE ADMIN; DR. M. GUSMAN; as
employees of the Department of Corrections and
Community Supervision in their individual and
Official Capacities,

                    Defendants.

------------------------------------------------------------- X

**ORDER TO PRODUCE**

7: 24-CV-2363 (KMK)

Karas, J.

    The Court hereby directs Woodbourne Correctional Facility to produce inmate

Hector Munoz Zuleta [DIN: 20-A-1259] via telephone for a Conference before the Court on

**Monday, November 3, 2025 at 10:00 a.m.** The call-in number is **(605) 472-5160**, and the access

code is **4653066#**.

        **SO ORDERED.**

Dated:   October 27, 2025
           White Plains, New York

_____
Kenneth M. Karas, U.S.D.J.