UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

HECTOR MUNOZ ZULETA,                                  :
                                                      :
                          Plaintiff,                  :
                                                      :
        - against -                                   :     24-CV-2363 (KMK)
                                                      :
J. KROM, DEPUTY SUPERINTENDENT OF                     :     **ORDER AUTHORIZING THE**
ADMINISTRATION; P. PAGE-CANNONIER,                    :     **DEPOSITION OF**
ACTING NURSE ADMIN; DR. M. GUSMAN; as                 :     **INCARCERATED PLAINTIFF**
employees of the Department of Corrections and        :
Community Supervision in their individual and         :
Official Capacities,                                  :
                                                      :
                          Defendants.                 :
------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an

Assistant Attorney General may take the deposition of Plaintiff Hector Munoz Zuleta,

DIN 20-A-1259, either in person or by videoconference before a notary public, or some other

officer authorized to administer oaths by the laws of the United States or of the State of New York,

at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the

correctional facility where he is located, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the

Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order

dismissing the complaint in this action.

Dated:    White Plains, New York
          5|5|_____, 2026

                                              SO ORDERED:

                                              _____
                                              Hon. Kenneth M. Karas, U.S.D.J.

## DECLARATION OF SERVICE

Maurice Nwikpo-Oppong, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action.  On May 1, 2026, I caused to be served the foregoing May 1, 2026 dated letter to Plaintiff regarding Defendants' Proposed Order Authorizing the Deposition of Incarcerated Plaintiff, upon:

Hector Munoz Zuleta, DIN No. 20A1259
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York  12788 1000

Plaintiff, *pro se*, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above noted address designated by Plaintiff for that purpose.

By:  Maurice K. Nwikpo-Oppong

DN: cn=Maurice K. Nwikpo-Oppong, o=Office of the New York State Attorney General, email=Maurice.Nwikpo-Oppong@ag.ny.gov, c=US
Location: New York, New York
Date: 2026.05.01 16:44:54 -04'00'

MAURICE NWIKPO-OPPONG, ESQ.
Assistant Attorney General

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV