Case 7:24-cv-02363-KMK Document 50 Filed 09/25/26 Page 1 of 1

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

September 25, 2026

**<u>via ECF</u>**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: *Munoz Zuleta v. Krom*, 24 Civ. 2363 (KMK)

Dear Judge Karas:

The Office of the New York State Attorney General represents Defendants Josh Krom, Patti Page-Cannonier, and Dr. Mikhail Gusman (collectively "Defendants") in the above matter. Defendants write to respectfully request that the Case Management Conference, currently scheduled for October 7, 2026 at 10:30 a.m. (*See* ECF No. 47), be adjourned to a date after dispositive motions are fully submitted.

The grounds for this request is that on September 9, 2026, the Court issued a briefing schedule for the Defendants' anticipated Motion for Summary Judgment as follows: Defendants' motion due on October 15, 2026; Plaintiff's opposition due November 30, 20206; and Defendants' reply due December 20, 2026. (*See* ECF No. 49). The requested adjournment will allow the Parties to fully brief the dispositive motion prior to conferencing with the Court. Accordingly, Defendants respectfully request that the Court adjourn the conference to a date after December 20, 2026.

This is the first request to adjourn this conference and will not affect any other dates in this matter. I thank the Court for its attention to this matter.

Granted. The conference is adjourned without date. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

10/6/26

Respectfully submitted,

By: ______________________

MAURICE NWIKPO-OPPONG, ESQ.
Assistant Attorney General
212-416-6097
Maurice.Nwikpo-Oppong@ag.ny.gov

CC: Hector Munoz Zuleta, DIN No. 20A1259
*Plaintiff Pro Se*
Woodbourne Correctional Facility
99 Prison Road, P.O. Box 1000
Woodbourne, New York 12788-1000
(via First-Class Mail)